# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARK JACKSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ILLINOIS DEPARTMENT OF HUMAN )<br>SERVICES, CAROL L. ADAMS, and )<br>CINDY FLAMM, )<br>)<br>Defendants. ) | Case No. 07-CV-0692-MJR |

## ORDER

**REAGAN, District Judge:**

On October 12, 2007, Jackson filed the above-captioned action alleging five causes of action against the Defendants (Doc. 2). Count 3 is brought against Defendant Adams only, and Count 4 is brought against Defendant Flamm only. On December 16, 2008, the parties submitted a stipulation to voluntarily dismiss Counts 3 and 4 without prejudice (Doc. 20).

**FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** provides that a plaintiff may voluntarily dismiss an action "by filing a stipulation of dismissal signed by all parties who have appeared." Plaintiff submitted a stipulation of dismissal signed by Richard J. Whitney, counsel for Plaintiff, and Scott B. Sievers, counsel for Defendants.

Pursuant to the parties' stipulation, the Court hereby **DISMISSES** Counts 3 and 4 **without prejudice**. Consequently, Defendants Adams and Flamm are terminated.

**IT IS SO ORDERED.**

**DATED this 18th day of December 2008.**

                                          **s/ Michael J. Reagan**
                                          **MICHAEL J. REAGAN**
                                          **United States District Judge**